JAMES P. BENNETT (CA SBN 65179)
JBennett@mofo.com
DEREK F. FORAN (CA SBN 224569)
DForan@mofo.com
ROBERT W. MAY (CA SBN 295566)
RMay@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendants Ember Inc., Peter E. Bass, and David S. Song*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KIERAN T. PRIOR,<br><br>                    Plaintiff,<br><br>         v.<br><br>JOHN T. THORNTON, et al.,<br><br>                    Defendants. | Case No. 4:19-cv-04572-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING CASE SCHEDULE** |

**WHEREAS**, Plaintiff filed his complaint in this action on August 7, 2019 (the "Complaint");

**WHEREAS**, on September 3, 2019, the Parties filed a Stipulation and Proposed Order pursuant to which the Parties agreed, among other things, that in order to allow them time to pursue private mediation, the deadline for Defendants to move against, answer, or otherwise respond to the Complaint would be December 13, 2019;

**WHEREAS**, on September 5, 2019, this Court so ordered that stipulation and scheduled an Initial Case Management Conference for January 21, 2020;

**WHEREAS**, the Parties have been conferring in good faith in an attempt to identify a mutually-agreeable mediator and mediation date;

- 2 -

**WHEREAS**, the Parties have agreed upon a mediator, Mr. Randall Wulff, and a mediation date of January 21, 2020, which was the earliest date on which Mr. Wulff and all the parties and counsel were available;

**WHEREAS**, the Parties respectfully submit that it would be more efficient for this Court and for all Parties (a) to defer further the deadline for Defendants to move against, answer, or otherwise respond to the Complaint in this action until after the mediation; (b) not to conduct discovery or any other proceedings in the action until after the mediation.

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. All further proceedings in this action are stayed until January 22, 2020, pending the mediation.

2. The deadline for Defendants to move against, answer, or otherwise respond to the Complaint is March 9, 2020.

3. The Initial Case Management Conference shall be rescheduled to a date and time convenient for the Court after March 9, 2020, and the deadline for the parties' Case Management Statement shall be adjusted accordingly.

**SO STIPULATED AND AGREED**

Dated:  October 1, 2019

ROBERT P. SCHUSTER, P.C.

By: /s/ *Robert P. Schuster*
    Robert P. Schuster (*pro hac vice*)
    Bradley L. Booke (*pro hac vice*)

P.O. Box 13160
Jackson, WY 83002
Tel.: (307) 732-7800
Fax: (307) 732-7801
bob@bobschuster.com
brad@bobschuster.com

Laurence O. Masson
Law Office of Laurence O. Masson
2625 Alcatraz Ave., #206
Berkeley, CA 94705-2702
Tel.: (510) 735-9691
Fax: (510) 735-9693
lomlex@gmail.com

*Attorneys for Plaintiff Kieran T. Prior*


PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP


By: */s/ Bruce Birenboim*
    Theodore V. Wells, Jr. (*pro hac vice*)
    Bruce Birenboim (*pro hac vice*)
    Harris Fischman (*pro hac vice*)
    Paul Paterson (*pro hac vice*)

1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3900
twells@paulweiss.com
bbirenboim@paulweiss.com
hfischman@paulweiss.com
ppaterson@paulweiss.com


*Attorneys for Defendants
John T. Thornton and Barrick Gold
Corporation*

DURIE TANGRI LLP

By: */s/ Laura E. Miller*
    Laura E. Miller (CA SBN 271713)
    Kaveri Vaid (*pro hac vice*)

217 Leidesdorff Street
San Francisco, CA 94111
Tel.: (415) 362-6666
Fax: (415) 236-300
lmiller@durietangri.com
kvaid@durietangri.com

*Attorneys for Defendants*
*John T. Thornton and Barrick Gold*
*Corporation*

MORRISON & FOERSTER LLP

By: */s/ Derek F. Foran*
    James P. Bennett (CA SBN 65179)
    Derek F. Foran (CA SBN 224569)
    Robert W. May (CA SBN 295566)

425 Market Street
San Francisco, CA 94105-2482
Tel.: (415) 268-7000
Fax: (415) 268-7522
dforan@mofo.com

*Attorneys for Defendants Ember Inc., Peter E.*
*Bass, and David S. Song*

**SO ORDERED.**

Dated: _____, 2019

    Hon. Jon. S. Tigar
    UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Laura E. Miller, attest that concurrence in the filing of this document has been obtained.

Dated: October 1, 2019                            */s/ Laura E. Miller*
                                                           LAURA E. MILLER

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Laura E. Miller*
LAURA E. MILLER