Bruce Birenboim
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3900
bbirenboim@paulweiss.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KIERAN T. PRIOR,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JOHN T. THORNTON, et al.,<br><br>　　　　　Defendants. | Case No. 4:19-cv-04572-JST<br><br>**DECLARATION OF BRUCE BIRENBOIM IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONCERNING CASE SCHEDULE** |

I, Bruce Birenboim, declare as follows:

1. I am a partner of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Defendants John T. Thornton and Barrick Gold Corporation in this action.

2. Pursuant to a Stipulation and Proposed Order filed by the parties on September 3, 2019, the Parties agreed that, in order to allow them time to pursue private mediation, the deadline for Defendants to move against, answer, or otherwise respond to the Complaint would be December 13, 2019. On September 5, 2019, the Court so ordered that Stipulation and scheduled an Initial Case Management Conference for January 21, 2020.

3. The Parties have been working constructively to arrange a mediation. They have agreed upon a mediator, Randall Wulff. However, the earliest date on which Mr. Wulff and all the parties and counsel are available is January 21, 2020. The parties have agreed to mediate on that date, subject to the Court's approval of a modification of the case schedule.

4. The Parties believe that it would be a better use of this Court's and the Parties' resources to explore private mediation fully before litigating this Action, and therefore to defer

1

1  further the deadline for Defendants to move against, answer, or otherwise respond to the
2  Complaint, and all further proceedings in this action (including discovery), until after the
3  mediation.  Accordingly, the Parties respectfully request that the Court adopt the schedule that
4  they propose in the accompanying Stipulation and Proposed Order.

5       5.  I am available to provide any additional information that may be helpful to the
6  Court in considering this request.

7      I declare under penalty of perjury under the laws of the United States that the foregoing is
8  true and correct and that this declaration was executed on October 1, 2019 in New York, NY.

*/s/ Bruce Birenboim*
Bruce Birenboim

- 2 -
Declaration of Bruce Birenboim in Support of Stipulation and [Proposed] Order Concerning Case Schedule
Case No. 4:19-cv-04572-JST

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Laura E. Miller, attest that concurrence in the filing of this document has been obtained.

Dated: October 1, 2019

*/s/ Laura E. Miller*
LAURA E. MILLER

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Laura E. Miller*
LAURA E. MILLER

---

- 4 -
Declaration of Bruce Birenboim in Support of Stipulation and [Proposed] Order Concerning Case Schedule
Case No. 4:19-cv-04572-JST